# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

SCOTT HILDRETH

Plaintiff/Petitioner(s)

v.

Kim Butler warden Menard C.C., Jaquiline Lashbrook AW/ADA coordinator et al. Correctional officer in Menard C.C.

Defendant/Respondent(s)

Case Number: 15-831-NJR
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

SCANNED AT MENARD and E-mailed
7-30-15 by JC 39 pages
date initials No.

## I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement.

ID.# N94795 711 Kaskaskia ST
P.O. Box -1000
Menard, Ill. 62259

Defendant #1:

B. Defendant Kim Butler is employed as
(a) (Name of First Defendant)

WARDEN MENARD Corr. Center
(b) (Position/Title)

with Ill Dept. of Corrections
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: AT TIME SHE WAS ASSIST WARDEN Programs and Americans with Disabilities ACT COORDINATOR

**Defendant #2:**

C. Defendant Assist Warden J. Lashbrook is employed as

(Name of Second Defendant)

Assist Warden Programs + ADA coordinator

(Position/Title)

with Ill. Dept of corrections

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

She is the ADA coordinator and warden programs - she is who I contact about my Disability from Parkinsons Disease. She is [illegible] Butler are aware of my condition

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

c/o (correctional officer)

*c/o Do John #17650

c/o name unknown [illegible] hair and a kind of [illegible] I could identify by sight [illegible]

Sgt female Dejon

Sgt Robert Retired Bogart

c/o Mooni

Lt. Tosiville

c/o Chandler deceased

Dr Fahrem Released of Position

Nurses ?

Dr. [illegible] med [illegible]

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1. Parties to previous lawsuits:
   Plaintiff(s): same

   Defendant(s): same

2. Court (if federal court, name of the district; if state court, name of the county): [illegible]

3. Docket number: 13 CC 3611

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Harassment and Assault verbal

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for failure to exhaust remedies. when in fact I did exhaust remedies

7. Approximate date of filing lawsuit: June 27, 2013

8. Approximate date of disposition: Aug 19, 2014

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,

1. What steps did you take?

All the way to the Admin Review Board

2. What was the result?

no relief. issue not addressed properly

D. If your answer is NO, explain why not.

N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

F. If your answer is YES,

1. What steps did you take?

wrote [illegible] warden assist warden Med Director mental health to ARB Springfield

2. What was the result?

no action [illegible] to punish [illegible] or stop the harassment

G. If your answer is NO, explain why not.

they Don't Care here [illegible] and retaliate

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not.

see Exhibit

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I have been denied due process and equal protection of the law my grievances have been unanswered, evaded, misconstrued and walked around as techs. I've asked [illegible] staff assistance and it's been ignored when grev. forms were not available during lock downs I used paper [illegible] I [illegible] in all dept the ARB Administrative Review Board [illegible] harassment [illegible] instead of addressing serious issue of [illegible] verbal assault verbal abuse of disabled [illegible] available. everything not available.

I have Parkinsons Disease cannot walk well and cannot write legibly [illegible] ADA accomodations wordprocessor and been wrongfully denied [illegible] grievs, [illegible] Randolph co court dismissed [illegible] court or claims dismissed [illegible] always [illegible] ask for [illegible] do not respond or misconstrue [illegible] my condition is treated with indifference my meds are continually let run out I go without for days this exacerbates my illness and condition they keep doing it [illegible] I've been in severe pain [illegible] over year [illegible] pinched nerve in neck causing sleep [illegible] unable to [illegible] well at all

I've been denied HIPAA confidentiality of medical info. [illegible] cells [illegible] my bed and property box not given clean bedding or chemicals to clean cell

continued harrassment of my condition [illegible] make [illegible] a game with staff, cause [illegible] laugh and [illegible] see cameras [illegible] complaint this is all impeding my access to court and grievance procedure [illegible] denying due process

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

[illegible handwritten text]

## VI. JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6-12-15
(date)

[signature]
Signature of Plaintiff

P.O. Box 1000
Street Address

Scott Hildreth
Printed Name

Menard, Ill 62259
City, State, Zip

N-94795
Prisoner Register Number

N/A
Signature of Attorney (if any)

(Rev. 7/2010)

**NOTICE TO THE COURT**

SOUTHERN DISTRICT ILLINOIS

This is to inform the court of the fact that Mr Hildreth N94795, has Parkinsons= Disease,and can not make legible communications handwritten at most times.

Mr Hildreth is given time in the law library at Menard C C to use a type writer couple times a week but his ability to make written or (typed) communications is very limited.All inmate personal typewriters were taken from thier possession.

Therfore the filingsi in court by Mr Hidlreth may be hard to read,and possibly even illegible .For this reason he(Mr Hilldreth) asks the court to appoint counsel to assist him in his pleading and complaint of filing ths suit ?

Thank you for the time and consideration in this matter.

Sincerly

Scott H N94795 6-12-15

Scott Hidlreth N94795

Harrassment verble assault

meds on/off -let run out ...
theft of prop

retaliation for grievs and legal filing

Count #___

Title ] ( State Law )

The[officer ] _________ or ________ acting under the color of law,vio;lated _______ & _____ Amends. of the U S Const by;
....

At all times relevant herein the _________ acted objectively , unreasonably , and with malicious intent to deprive S H of his established Const Rts

As a reasult of the _____ actions Mr H has suffered actual damages for which the _______ are liable persuant to 42 USC 1983

Wherefore Plaintiff Mr H prays this Honorable Court ;

Award compensatory damages in favor of Mr H and against the _______ in the amount to be determined by the court or at trial.

Award punitive damages also to be determined by court or trial

Award reasonable fees for bringing this action and award any other relief as justice may require.

LAWSUIT

The denial of due process and eqaul protectiom of the law under the XIV Amend.

Cruel and unusual punishmnet under the VIII Amend

The riight to proper and reasoinable medical treatment similar to that one in a frereeworld woudl recieve reasoanbly under the conditions or coircumsatnes

The verbal assault and harassmnet humiliation and abuse of a disabled person exaserbating my medical condtion s and making fun of it and sport of it

urine The fact of being subject to unsanitary cond of human waste urine in bedimg and refusal to give clean supplys or new beddimg then to lie about it

the conitinued 5-27-05 → 2016 Neglect of medication runnig out AND HTE INDIFERENCE TO THE FAC T AND notification

not seeign a neurologis t when diagnose with Parkinsons Disease which anyone who was or is diagnosed in the freedworld would most certainly be sent to one with in a reasonablre time speriod the IDOC neve sent me to one until after aprox 17 years

the failure to rerspond to multiple griev and dismissimg my complaints or issues for being out of time frame or failure

to exhaut rems Remidy

the takimg and loss of personal propert y and the fact the are indifferentto it and refus eoto do anyjtihng avibotu it not res respondinfggoto griev out of timrfrsme andxfail fact they keep letting my meds run out and whcen brought ot thie attn the attitude amdn indfif and the m answe rorto griev is Mo when after asmuchas a week wotoihotu meds fiabnnly gee tit the greiv ids moot you got your nwds on_______ but the continued ra rapid decreae or abrupt disconine (even if temp) casuing adver effects and exaserabting cond not to mentio the discomfort and _______ and the fac tit keeps ahappening and they dontcare when nursing satf fids told they fdont do thier job or duty as was given in oath ast time of licencing the "Hypocratic Oath"

denial opf proper aaDA accom

Faheen took meds for aprox 2 months ?
this started the problems and my deteriation of conditioh here at menard C C

* the on / off of meds (Mirapex) start stop no care by med staff nurses with out gradma;l reduction or increase as Mfg corp says to do or causes adverse effects or reactions

Parkinsons medication - Mirapex should not be rapidly decreased or increased (see page ____ of Boilinger Inglehiem maker of Mirapex data )

The nurses and security staff are indifferent to the fact of my medication cunning out or refill not coming on time or at all ?

I've filed numourous grievs on this

just last night at aprox 8:06 PM April 29 2015 I told nurse a about my meds are going to run out again refill should have come by now ? I got 3 days left ! She tells me put in a sick call request I dont take them (req for meds refill ect ) no ones in pharmacy

So I filled out a sick call to inform like nurse said and co came by my cell SL 101 I aske d him to drop the sick call req in the box ? he was there just a minute ago when nurse told me too and his reply was" I dont pick up mail "

under the circumstance he should have done so this is the reason i keep running out of this medication and the start stop again and again which is contributiung to my illness being exasperated exaserbated

Along with the stress and anguish caused by the verbal assault and abuse and harassment

The harrassment and verbal abuse and humiliation caused by staff at Menard C C for a long period of time one LT Torryville 2 Sgts dejon Female and retired bonert SP? old sl scellhouse sgt 1st shift and numorous c CO 's(CO -correctional officer) it got so bad I did not want to come out of my cell to eat or

anything ! Names and dats best can ? List of wittnesses and those that amade affid avitts

it goes on to tnis day but not as often nor as many

I wrote andplea d to Warden ,and asst warden -a ADA Coprdinator Medicall director and the IDOC ARB(Admin review Board ) no further to go ? Ill Ct of claimshad dismissed a suit f [illegible]

oor failure to exha''ql vpit stghrl s laam sl hee lpi vhq la

[[z% failure to exhaust when infact I took it to the ARB to ht tehend of optiopns

I am in severe pain right now nerve in neck like psyatic in lower back but up in neck pain through lft shoulder arm pit down inside of bicep in the elbow and wrist sharp pulling tearing PAIN ! anf needles and pins nubmess if i'' ''stciuq htn phtn ta

in fingers and hand

---------

no one will do anything about it or to stop it/it id cruel and unu unusual punishment

the harassment has manifest in a physical o inabilit'' '''' ''48' 4''

£7±]=05± 0±4'080=|

wasaing by afacehe start stinability run out of meds and function normal

not to mention the start and stop of Park meds

List of staff involved in ahrassing Plaintiff S H
Lt Torryville 10 12 13,Sgt SL BON 9 14 12,Sgt Dejon (sp?)female- 2 5 13,
crew cut and lots of tattoos, ,C O Dojohn # 13
C O Moui 10 12 , C O Chaos, C O Chandler (deseased) up until his demise,
C O Spaulding C O Bauer sanitation eng SL at time,AND MANY OTHERS UNKNOWN



I have been abd continue to be mistreated medically and verbally assaulted and abueed by staff at IDOC Nenard CC in the following ways which is causimhg me phisical illness and exaserbating my condieition from Parkinsosns disease, it amounts to abusuee of a disabled person and cruel and unusaual punishment bein g my rig rifhghts under x42xUSCAx12101xxx12101xxx12101x§§xx42xusaax12101xx 42 USCA §§ 12101 U S CONST Art VII 8 amnd c u p ,14 anmd d p e p

The (on going) takem ing completely of my med for P for no good reasson by De Faheem in 2010 and to this date the continued running out of my med sinam and stop ....... I have not had it since sart the 21 of MAy it osis now thurs the 7th may i told nurses and security staff days ashead of time the just with indiff to the fact it has manifest on a physical deterioation of my helth and cond

to make matters worse i am harassed humiliated and teased doing things to diliberatly cause a symtom called freezing episodes where i can not move walk and then laugh and giggle my med is contoinuasly let run out with disregard to the efeffcts it has and ect i ve had nurse staff make uncalled for comments some not all most when informed of my delema just say they cant (o r/wont do anyhtinfg about it or put in a sick call .... just plain indifference to my cond its standard treatment at this facility

Ive been yelled at disresppected and humiliated
Ive been sougt out to be harassed and also threatended and there has been retaliation as much as theft of my property or los of it and the staff, admin, at menard will do nohting about it or to stop it

Many have wiettnwesed this and some have made affidavits
I wrote the wardens a the med dir and counslors all to no avail
I ve pleaded with them most ly no response at all bu the fact remainds that its not confronted or stopped

Ive tried the griev procedure and the Admin revew brd even the state small claims court who wrongfully dismsiswed my complaint after aprox 18 months for failure to exahusrt rems state level when infacct the documents showing exhaustion were includeed oin my filings

I ahvew no alternaytive biut to conme to the fed s ct

I am filing this greiv on matters not addressed or impropprly a addressed or more than likely not responded to at all m?
I want to bring these claims to your attention griev off counselor, asst ward and warden for the purpose of exhaustion of claims and if not addressed or responded properly Ia am going to file suit in federalccourt on all of them .

#1 Abuse-Harass first is the griev and complaint against a C O Donjon filed origin 2 5 13 never responded to / for verbal assault and abuse and crimnial Harassmentof elderly or disabled person.
Harassment by several staff menbers which ws infront of the co court of claims anddismissed as failure to exhaust due to menards skillfull ways of avoiding the issue or just palin notresponding

2
eds taken notrefiled on timestrt stop and medstaff diliberate indiff griev switten and misconstrued and un answered
See response Memo Dec 4 2014 From Tammy Turner Coord griev Office

#3 fact that I have asked for assistance in filingg griev and never gotany response (wht a suprise !) packet sent to griev officer Oct 29 2014 never answered or considered by nanyone ! ? citing rules regulations and asking for assistance in filing I ve also asked a few times to see crisi worker neverr responded taxv this ans become a patern or habit for avoiding grievances sucha s staff miscomduct, taking of property wrongfully and other legit grievs that there isno resaasonable n answer for,

£6yyy### H#$1CNN
v the fact that by this procedure fo not responding togrievs theymenard can avoid the wrongs such as theft of my proeprty by staff on shake down and notreply to first two grives then when third one is filed for failure to resond first two *(TMELY ONES) tey respond "out of time frame " how is it out of t f ? its about the fail;uret to respod to the opther two and it was within 30 days of the second one not responded to and its about not respondin to these not another one abour the actual atking of my property

5 / #3

n I filed a greiv on 11 25 14 on the issues of;not responding to greiv 10 29 14, asking for assistance in filing a griev , explaing its not the first time no response many tinmes counselors response to request for assist basically i had not as asked in the past ? what does that have to do with asking now ? ,that i am entitled to assist per rules & regs .,that this is re reason i can not am not able to exhaust rems and has become a b blanket for denying me relief in grievs and ct claims /,ther are some other inmates who also claim no response to grievs same shit

#4 ! also in greiv 11 25 14 ;denial of proper medical care,denial of due process,denial of ADA Accomo being subject to cruel and unusual punis of dis ablled and harrassment for dis ability that have all effe effected and.or exaserbated

(7 LAST WAS) and i clearly stated i was in fear of retalition which did happen shortly after that greiv i was moved from SL 104 to N2 146 for no apperant reason other than retaliation for grievs ?

6 # Ive been now subject to denial of services and programs that i was getting in SL

I ws

89

exasperate

nt to Wardem Menard C C April 22 2015

On August 25 2014 Counselor Pheonix came to my cell S L 104 and informed me that one of the Wardens had contacted him and asked him to locate or find out what happened to ,where my property is (radio & Trimmers) taken durin g institutional shake down April 11 2014

I wrote the Warden to inquire as to what became of my property and the grievances not being responded too,the the last one being denied as " Out of time frame" when in fact I filed two prior.

Well Mr Pheonix told me I was not going to like or be happy with the information he had for me.

He stated that the warden had contacted him and asked him (8 25 14 ) to locate my property (radio & Trimmer),he claimed he went to personal property ,and they searched to no avail ,then was told that WTF (?) had taken some radios over to T V repair he contacted T V repair they also did not have them or radio ,that he did infact attempt (unsuccessfully) to locate my items.

Now this information is the first response of any type as to where or what happened to my property (radio and trimmer ,I was informed of this 8 25 14 Aug 25th 2014 new info never known until 8 25 14 I filed this GRIEVANCE 9 29 14 as to this info and I was told in response to griev 9 29 14 of an incident on 8 25 14 that the issue is out of time frame ! ?

Look your staff grievance personel,counselor aal involved in this issue have twarted all efforts to get my property bzack ? I have been told there are some radios confiscated for unauthorized property and several around the institution ( Blood Lab H C U, Physc Office H C U , gard shack on S L yard to mame a few) they just took one thurs 22d of april from the Barber Shop ,just replace mine with one of these so I can resolve this issue ? and I'll buy a new trimmers cause they are available ,radios are not .The other alternative is too approve me to order a claear radio from J L Marcus ?

If we can not resolve this in this fassion I will be left with only option to go to the courts for the theft of my proeprty?

I'm not going t o rest on this isasue Music is was my only form of recreation available to me I dont go to yard much cant lift weightts any more cant play sports since I have Parkinsons my radio was my relief or rec type of thing its not good to just do leagal ework worry and think about my case jail and the like with nothing else I wish you wopuld consider this sincerly ?

ILLINOIS ) SS
RANDOLPH )

*Filed by US Mail 6-22-15 Returned to be elect. Filed

## CERTIFICATE OF SERVICE

I certify that a copy of this UNITED STATES DISTRICT COURT, Southern District of Illinois, Civil Rights Complaint pursuant to 42 U.S.C. §1983 (state prisoner) was mailed/delivered to Lisa Madigan Attorney General (for state of Illinois Office) on 6-24-15.

/s/ [signature]

Scott Hildreth 6-20-15

MADE COPY AT Law Library Menard C.C.

Plaintiff Scott Hildreth attempted to make a copy for Attorney Gen. Law Librarian Refused to copy it see memo Post it → attached

CAN NOT SERVE ON ATTORNEY GEN. OFFICE
* Menard Refused copies TO FURTHER impeed legal action