IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT HILDRETH, # N-94795, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KIM BUTLER, )<br>UNKNOWN PARTIES, )<br>C/O DeJOHN, )<br>SGT. BENETT, )<br>C/O MOUI, )<br>LT. TORIVILLE, )<br>DR. RAHREM, )<br>C/O CHANDLER, )<br>and J. LASHBROOK, )<br>)<br>Defendants. ) | Case No. 15-cv-831-NJR |

## ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court for consideration of the Declination of Appointment filed by Attorney Grant J. Mabie (Doc. 10). For good cause shown, the Court hereby **RELIEVES** Attorney Mabie from his appointment as counsel in this case.

The Court will seek another volunteer attorney to represent Plaintiff in this matter. Meanwhile, Plaintiff should continue to proceed *pro se* while this effort continues.

**IT IS SO ORDERED.**

**DATED:** September 8, 2015

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**